IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-808-AP**

**DEBORAH A. MARTIN,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for EAJA Attorney Fees (doc. #17), filed January 17, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees, through counsel, in the amount of **$2,279.20**.

Dated at Denver, Colorado, this 19th day of January, 2006.

       BY THE COURT:

       **S/John L. Kane**
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT